Opinion issued April 8, 2010

                                                

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00888-CR

———————————

Eluterio Lara, Jr., Appellant

V.

The State of
Texas, Appellee



 



 

On Appeal from the 56th Judicial District Court 

Galveston County, Texas



Trial Court Case No. 06CR0011

 



 

MEMORANDUM OPINION 

          On March 25, 2010, appellant, Eluterio Lara, Jr., filed a
motion to dismiss this appeal.  The
motion complies with the Texas Rules of Appellate Procedure. See Tex. R. App. P.
42.2(a).  

          We have not yet issued a
decision.  Accordingly, we grant the motion and dismiss the appeal.

          We dismiss any pending motions as
moot.

          We direct the Clerk of this Court to
issue the mandate within 10 days.  Tex. R. App. P. 18.1.  

PER CURIAM

Panel
consists of Justices Jennings, Hanks, and Bland.

Do
not publish.   Tex. R. App. P. 47.2(b).